## ELECTRONIC RECORD

1567-14
1568-14

COA # 14-12-00833-CR

OFFENSE: Assault

STYLE: Hiram Brown v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: Co Crim Ct at Law No 13

DATE: October 16, 2014   Publish: No

TC CASE #:1806917

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Hiram Brown v The State of Texas

CCA # _____

1567-14; 1568-14

_____PRO SE_____ · Petition

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

_____REFUSED_____

JUDGE: _____

DATE: ____02/25/2015____

SIGNED: _____          PC: _____

JUDGE: ___Per Curiam___

PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____